**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Mireya Patino Garcia v. The State of Texas

Appellate case number:   01-14-00939-CR

Trial court case number:  1952529

Trial court:              County Criminal Courtt at Law No 9 of Harris County

Appellant's Motion for Extension of Time to File the Clerk's Record and Reporter's Record is **GRANTED, in part**.  The records are due January 20, 2015, with no further extensions.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown

        ☑ Acting individually     ☐ Acting for the Court

Date: December 23, 2014